# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GREGORY THOMAS NEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06-CV-179 CAS |
| | ) | |
| HUNTER'S VIEW, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF REMAND

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this matter is **REMANDED** to the Circuit Court of Madison County, State of Missouri, from which it was removed, for lack of subject matter jurisdiction. See 28 U.S.C. § 1447(c).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  4th  day of April, 2007.